NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PERSONALIZED MEDIA COMMUNICATIONS, L.L.C.,**
*Plaintiff-Appellant*

v.

**AMAZON.COM INC.,
AMAZON WEB SERVICES, LLC,**
*Defendants-Appellees*

———————————

2015-2008

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-01608-RGA, Judge Richard G. Andrews.

———————————

**JUDGMENT**

———————————

WILLIAM M. JAY, Goodwin Procter LLP, Washington, DC, argued for plaintiff-appellant. Also represented by JENNIFER A. ALBERT, STEPHEN SCHREINER, CE LI; DAVID ZIMMER, San Francisco, CA; DOUGLAS J. KLINE, Boston, MA; TIMOTHY ROBERT DEWITT, 24IP Law Group USA, PLLC, Alexandria, VA.

JOSEPH R. RE, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for defendants-appellees. Also represented by JOSEPH S. CIANFRANI, KENT N. SHUM, JEREMY ANGUS ANAPOL; COLIN B. HEIDEMAN, Seattle, WA; GABRIEL BELL, GREGORY G. GARRE, JONATHAN Y. ELLIS, Latham & Watkins LLP, Washington, DC; JEFFREY H. DEAN, Amazon.com, Inc., Seattle, WA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (HUGHES, SCHALL, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 7, 2016 | /s/ Peter R. Marksteiner |
|:---:|:---:|
| Date | Peter R. Marksteiner |
| | Clerk of Court |